IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PATRICIA GOLDEN,                         :
                                         :
         Plaintiff,                      :
                                         :
    v.                                   :        Case No. 7:10-CV-138 (HL)
                                         :
MICHAEL J. ASTRUE,                       :
Commissioner of                          :
Social Security,                         :
                                         :
         Defendant.                      :

ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing

the Commissioner's decision with remand in Social Security actions under sentence four of 42

U.S.C. §405(g), and in light of the Commissioner's request to remand this action, this case is

hereby remanded.

On remand, an Administrative Law Judge (ALJ) will  further evaluate the opinion of

Plaintiff's treating source and explain the weight given to such evidence.  The ALJ will also

reevaluate the weight accorded to the opinions of the state agency medical consultants.  In

addition, the ALJ will give further consideration to Plaintiff's maximum residual functional

capacity (RFC) and provide an appropriate rationale with specific references to the evidence of

record in support of the assessed limitations.  The ALJ will also give further consideration to

Plaintiff's testimony and provide a credibility evaluation.  If necessary, the ALJ will obtain

evidence from a vocational expert (VE) to clarify the effect of the assessed limitations on

Plaintiff's occupational base.  The hypothetical questions posed to the VE will reflect Plaintiff's

specific RFC and the limitations established by the record as a whole.  The ALJ will conduct any

further proceedings deemed necessary on remand, including giving the claimant the opportunity

for a hearing and considering the entire record, including any evidence submitted at that hearing.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of

42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.  See

Shalala v. Schaefer, 509 U.S. 292, 296 (1993); Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of

Civil Procedure.

IT IS SO ORDERED this 5th day of April, 2011.


   s/  Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE