# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **PATRICIA GOLDEN,**<br><br>    Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE, Commissioner,**<br><br>    Defendant. | Civil Action 7:10-CV-138 (HL) |

## ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees Under the Social Security Act (Doc. 20).

Plaintiff seeks an attorney's fee award under 42 U.S.C. § 406(b)(1) in the amount of $12,361. Plaintiff's counsel acknowledges that he will be required to refund to Plaintiff previously awarded fees under the Equal Access to Justice Act ("EAJA") in the amount of $4,739.46. The Commissioner does not object to the § 406(b)(1) fee request subject to the EAJA refund. Accordingly, the Motion for Attorney's Fees is granted. Plaintiff shall receive $12,361 in attorney's fees to be paid out of Plaintiff's past-due benefits award. Plaintiff's counsel is directed to refund $4,739.46 to Plaintiff.

**SO ORDERED**, this the 4th day of February, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh